IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
MARTIN J. POWELL )
)
Debtor ) CH 13 Case No. 06-42095
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

FILED
U.S. BANKRUPTCY COURT
2009 DEC 21 PM 3: 53
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> MARTIN J. POWELL
> 152 PARK AVENUE
> STRUTHERS, OH 44471

$5.00

**TOTAL:** $ 5.00

2. A check in the amount of $25.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 18th day of December, 2009.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
MARTIN J. POWELL )
)
Debtor ) CH 13 Case No. 06-42095
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this __18th__ day of December, 2009, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67    TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237    Page 1 OF 1

VOUCHER FOR CHECK: 756779
DATED: 2009/11/25

| NAME OF CREDITOR | CASE | CLM | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0445758 | 926 | 6 | 25 | VENEZIA JR, RONALD P | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0544439 | 926 | 6 | 33 | CESSNA JR, WILLIAM J CESSNA, BRANDY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640717 | 926 | 6 | 25 | GANDEE, DENISE L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642095 | 926 | 6 | 17 | POWELL, MARTIN J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642159 | 926 | 6 | 38 | ANDERSON, SANDRA MAE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

#ITEMS: 5

CURRENT CHECK
PRINCIPAL 25.00    INTEREST 0.00    PRINC + INT 25.00